**FILED**

FEB 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Tanya Bennett-Bey, Pro-se<br>130 Joliet Street, S.W.<br>Washington, D.C. 20032<br>202-562-3963<br><br>      Plaintiff<br><br>   v.<br><br>Linda Stiff<br>Commissioner, I. R. S.<br>1111 Constitution Avenue N.W.<br>Washington, D.C. 20224<br>202-622-2000<br><br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:08-cv-00328
Assigned To : Roberts, Richard W.
Assign. Date : 2/26/2008
Description: Pro Se General Civil

JURY ACTION

## COMPLAINT FOR RELIEF FROM THE I.R.S. NOTICE OF DETERMINATION AND LETTER OF COLLECTION ACTION(S) UNDER SECTION 6320,6330 AND ANY I.R.S ACTION OR TAX CODES.

### NATURE OF THE ACTION

This action is bought because the plaintiff Tanya Bennett-Bey, beneficiary of the Express Trust Created by Prophet Noble Drew Ali in 1928 is denied her legal rights as a Moorish American Citizen. There is a mis-understandings of Tanya Bennett-Beys tax Status as a Moorish American Citizen by the I.R.S.and the relevancy of the instruments I, Tanya Bennett-Bey submitted to I.R.S. as proof of my tax status as a Morrish American Citizen.

1

## STATEMENT OF FACT    (BENEFICIARY OF A EXPRESS TRUST)

I, Tanya Bennett-Bey have been corresponding in writing with the I.R.S about my tax Status as a Moorish American Citizen for more than ten (10) years. In the I.R.S letter of Determination dated January 23, 2008 Certified Mail 7004 1350 0002 9723 on page 6 (Exhibit #9) of their letter of Determination the I.R.S.wrongly mis-stated the facts in Section(s) tittled **IssuesRaised by the Taxpayer**, **Religious or Moral Grounds** and **Ministerial Trust.** During years of written correspondence with the I.R.S. and Submitting the sames instruments over the years I, Tanya Bennett-Bey requested the I.R.S. to re-examine the instruments and consider the following carefully: My exemption from Federal Income Tax obligation is not based on or found in the Federal Tax Codes. Therefore, it is premature and totally wrong to try to base my exemption thereby. The Reply statement and instuments I, Tanya Bennett-Bey submitted to the I.R.S. follow.

1. I, Tanya Bennett-Bey  stated that I  am a Moorish American Citizen, Beneficiary of The Great Moorish Estate Express Trust created by the trustor Noble Drew Ali which Was executed May 10, 2000. According to the trustors oral statement #15 (exhibit #5) "In the year 2000 the Moors will come into their own " this statement terminated the I.R.S. invalid W4 claim status by the operation of law.  Also see (Exhibit #5 Oral Statements #1, #2, #3, #13, #15, #22 and #120).  The express trust was duly created (with the instruments of the Moorish Science Temple of America, Inc.)  in conjunction with the Statute of Frauds and Perjuries, the Parol Evidence Rule, and the legal requirements of the State of  Illinois, pursuant  of  The law and the Constitution of the United States. Therefore, the Express Trust is sustained by "Ancient" Documents that are

readily verifiable. Simultaneous with that creation, the trustor (Noble Drew Ali) also founded the Moorish Science Temple of America, Inc. Both institutions Moorish Science Temple of America, Inc and The Great Moorish Estate Express Trust were created with the same instruments and laws for the same purpose. The land (in the said trust), is a fee simple estate, actually Conveyed to Moorish-Americans, members of the Moorish Science Temple of America Inc. The term "fee simple" defines the largest estate in land know to the law and necessarily implies <u>absolute dominion over theland</u>…. It is an estate of inheritance Unlimited in duration, descendible to all the heirs of the owner alike to the remotest Generations…. It is, with respect to its duration and enjoyment as an interest in property, clear of any qualification or condition. It has also been defined as an estate of perpetuity, conferring and unlimited power of alienation, than which no person is capable of having a greater interest. <u>28 Am Jur 2d, section 27, p.</u> 95. Copyright 1965 by Jurisprudence Publishers, Inc. The description of the land can be seen in the deed of conveyance (Moorish Holy Koran Exhibit #3), page 58, Section #7. It was put in the legal institution know as an express trust and duly conveyed to us (Moorish Americans) for the uplift and regeneration of the Moorish American Nation, among other reasons. As a beneficiary and by **<u>OPERATION OF THE LAW</u>** I, Tanya Bennett-Bey have <u>Sovereign right,  I am a Moorish American Citizen of a Sovereign Nation</u> , and <u>I HaveSovereign Immunity as a Citizen of that Nation.</u>

2.      According to <u>**Black Law Dictionary A**</u> **"Express Trust  A direct trust. A trust created or declared in express terms, and usually in writing, as distinguished from one inferred by the law from the conduct or dealings of the parties. A trust directly created for specific purposes in contrast to a constructive or resulting trust which arises by implication of law or the demands of equity. Trusts which are created by or the demands of equity. Trusts which are created by the direct and positive acts of the**

parties, by some writing, or deed, or will, or by words expressly or impliedly evincing an intention to create a trust. **Concannon v. Concannon, 116 R.I. 323, 356 A.2d 487, 491.** "

In order to have a valid express trust, the following conditions must be present:

Illinois

1. Intent of the party to create a trust, which may be shown by a declaration of the trust by the settlor or by circumstances which show the settlor intended to create a trust;
2. A definite subject matter of trust property;
3. Ascertainable beneficiaries;
4. A Trustee;
5. Specification of a trust purpose and how the trust is to be performed;
6. Delivery of the trust property to trustee.

See Gary-Wheaton Bank v. Meyer, 473 N.E.2d 548, 552-553 (Ill. App. Ct 1984); Estate Of Wilkening, 441 N>E>2d 158, 163 (Ill App. Ct. 1982)

District Of Columbia
Critical element in cration of an express trust is "settlor's manifestation or external expression of his intention to create a trust" See Stern v. J. Nichols Produce Co., 486 A.2d 84, 88 (D.C> 1984); Cabaniss v. Cabaniss, 464 A.2d 87, 91 (D.C. 1983)

**Creation of an express trust must be from the don's act and intention to create a trust.**

See Murray v. Gadsen, 197 F.2d 194 (D.C. 1952).

Generally, the same elements that are necessary in Illinois are also required in the District

of Columbia. The attached documents (Exhibits #1,#2,#3,#4 and #5) presented contain

the prerequisites of an duly created Express Trust.

> **A trust created or declared in express terms, and usually in writing, as distinguished from one inferred by the law from the conduct or dealings of the parties. A trust directly created for specific purposes in contrast to a constructive or resulting trust which arises by implication of law or the demands of equity.**

**3.** Exhibit #1 is a copy of the articles of incorporation of the entity known as the Moorish Science Temple of America, Inc. It serves several purposes. It is an

'Acknowledgment,' an 'Affidavit of Incorporation', and it is also Exhibit #2 a 'Certified Copy' of a TORREN SYSTEM REGISTRATION from the Recorder of Deeds Office in Cook County, Illinois. This incorporation and registration gave the trustor, Noble Drew Ali the authority to create the express trust. Therefore, it is one of three documents that constitute a express trust instrument.

Exhibit #3 is a copy of the (Moorish Holy Koran ) on Page 58, Section #7 is the "deed of conveyance." The first of the 6 pages presented is the cover page which reveals the document, the deed of conveyance is recorded in—that is, The Holy Koran of the Moorish Science Temple of America. The second page shows that the document has the corporate seal and is connected to Exhibit #1 (The TORREN SYSTEM REGISTRATION). Beginning at the bottom of page 57 (CHAPTER XLVII, EGYPT, THE CAPITAL EMPIRE OF THE DOMINION OF AFRICA) is the full text of the actual Deed Of Conveyance. All real property within the metes and bounds described in Section #7 of the Deed Of Conveyance is (Express Trust Property) presently owned by the Moorish Science Temple of America, Inc. The subject and my Sovereign rights are Within the said metes and bounds as stated in the Deed Of Conveyance of the Express Trust property. Therefore by the Operation Of Law this (Express) Trust Property is owned by the Moorish Science Temple of America, Inc. Exhibit #4 (The Divine Constitution and By-Laws) is an original Express Trust Document. It is connected to Exhibits #1 and #2. The primary purposes of its presentation:

(i) it provides clear guidance and instructions to all members, or beneficiaries, in Act 4,

(ii) it qualifies the organization of the Moorish Science Temple of America's overall action and its members commitment thereto in Act 5,

(iii) it identifies who the beneficiaries are in Act 6. This document or none of these

documents standing alone makes a express trust.

Exhibit #5  Oral statements Of the trustor  Noble Drew Ali showing his intention to create a express trust. See oral statements #1,#2,#3,#13,#15,#22,#107 and #120.

> **According to <u>Black Law Dictionary A beneficiary</u> is "One who benefits from act of another.  A party who will benefit from a transfer of property or other arrangement. Examples include the beneficiary of a trust, the beneficiary of a life insurance policy, and the beneficiary of an estate."**

4.  As a <u>wakeful beneficiary</u>, <u>Sovereign people</u>, <u>Sovereign immunity</u> and <u>Sovereign right</u>  I am confident, my rights and interest are constitutionally protected.  All real property within the metes and bounds described in Section #7 of the Deed Of Conveyance is Express Trust Property.  This property is presently owned by the Moorish Science Temple Of America, Inc. Any parties guilty of committing fraud, under the statute of frauds and perjuries and the parol evidence rule; anti–trust violations, breach of trust, usury, aiding and abetting a fraud and are acting in the nature of a conspiracy to subvert and defraud Tanya Bennett-Bey  of her unalienable and inalienable rights guaranteed by the Constitution and commercial remedies available to National Citizens and Secured Party Creditors; furthermore abridging the Heritage and Birthright Power of  Tanya Bennett-Bey a proclaimed <u>Sovereign Moorish American Citizen and Beneficiary</u> of the Largest Express Trust the World has ever known.

5.  EXHIBIT (S) #7 AND #8  See announcements of the <u>Moorish American Express Trust</u>. In accordance with the IRS "Declaration of Tax Payer Rights" especially No.1 (Protection Of Your Rights).  My exempt status that I, Tanya Bennett selected on the W4 document  Certified Mail receipt number 7005 1820 0006

3570 0556 mail July 23, 2007 is correct and should remain. I, Tanya Bennett-Bey solemnly attest that my claim as a beneficiary of the Express Trust is made in good faith and not for the purpose or delay in anyway but in a lawful exercise of an absolute right.

## **PRAYER FOR RELIEF**

Wherefor, Plaintiff, Tanya Bennett-Bey request this Court to:

(1) Require Defendant to repay all Unlawfully debts collected since the execution of the Express Trust without the Plaintiff, Tanya Bennett-Bey having to submit any forms requesting the repay of unlawfully collected debts.

(2) Change my tax status to the status I, Tanya Bennett-Bey submitted in the Certified Mail receipt number 7005 1820 0006 3570 0556 mail July 23,2007.

(3) Stop the Defendant from unlawfully conducting business on the Trust Estate.

(4) Deny the Defendants letter of Determination Certified Mail receipt number 7004 1350 0002 7046 9723 dated January 23, 2008.

(5) Plaintiff, Tanya Bennett-Bey seeks such other and further relief the court deems appropriate and just.

## **REQUEST FOR TRAIL**

Plainfiff, Tanya Bennett-Bey hereby requests a trail by jury on all trailble issues.

Respectfully submitted

*Tanya Bennett-Bey*

Tanya Bennett-Bey, Pro-se
130 Joliet Street., S.W.
Washington, D.C. 20032

Plaintiff's Exhibit 1
(Affidavit of Organization)

STATE OF ILLINOIS, } ss.
County of Cook.

    I, SIDNEY R. OLSEN, Recorder of Deeds, and Keeper of the Records of said Recorder of Deeds, in and for said County, in the State aforesaid, Do Hereby Certify, that the following is a true and correct photographic copy of the record of a certain Instrument filed in said Office the.... ................First............................................... day of..........August.........................A. D. 19...28...as Document No.....10105905...........and recorded in Book.......521............of Records, at Page.......79.................

       also Jacket              1 page

    IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal at Chicago, this...........................Sixteenth.........................................day of .........................June...........A. D. 19..81...

                              _Sidney R. Olsen_
                                Recorder of Deeds.

08 0328

**FILED**

FEB 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1405 5M 2-63 (FORM 246)





10105905

STATE OF ILLINOIS }
COOK COUNTY } SS. NO.
FILED FOR RECORD

Form No. 1099    Printed and sold by the Chicago Legal News Co.

1928 AUG 1    PM 2 52

of Illinois, }

I, NOBLE DREW ALI

that at a meeting of the members of the MOORISH SCIENCE TEMPLE

held at Chicago

and State of Illinois, on the 20th

July    A. D. 19 28, for that purpose, the following persons were

CLERKS

according to the rules and usages of such

HARRY EL, MATTHEW EL, LOVETT EL, AND FOREMAN ELY.

Moorish Science Temple of America, give law of a power and authority

the Great Koran of Mohammed to propagate the faith and extend the

and truth of the Great Prophet of Ali in America. To anoint

and consecrate missionaries of the prophet and to establish the

of Mohammed in America.

And said MOORISH SCIENCE TEMPLE OF AMERICA    adopted as its

name, the following MOORISH SCIENCE TEMPLE OF AMERICA

And at said meeting also a person duly officer

Subscribed and Sworn to Before me    Drew Ali

day of

Roberta W. Council
Notary Public

Plaintiff's Exhibit 2
(Torren System of Registration)

CERTIFIED COPY

OF A

TO

TIME and MONEY saved by
Registering your property
Under the TORRENS SYSTEM.
Safer than a Guarantee Po-
licy because the RESPONSI-
BILITY of the County is
greater than that of Pri-
vate Companies.

ABSTRACTS OF TITLE made
direct from the records of
COOK COUNTY at Statutory
Prices. ESTIMATES furnished
upon request. COOK COUNTY
Purchaser in-
demnifies Purchaser a-
gainst any ERRORS in Ab-
stracts.

Document No.

Record Book No.

Page

SIDNEY R. OLSEN

RECORDER OF COOK COUNTY, ILLINOIS

CHICAGO

08 0328

FILED

FEB 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Exhibit 3
(Deed of Conveyance)

# The Holy Koran

OF THE

# Moorish Science Temple
Of America



Divinely Prepared By The Noble Prophet

## DREW ALI

*By the guiding of his father, God, Allah; the great God of the universe. To redeem man from his sinful and fallen stage of humanity back to        highest plane of life with his father God, Allah.*

08 0328

FILED

FEB 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Know Thyself and Allah.

## THE GENEALOGY
## OF
## "JESUS"

*Life and Works of Jesus in India,
Europe and Africa, in the land of Egypt.*

The name and symbols are covered by
© Copyright and ® Registration



**NOBLE DREW ALI**

THE PROPHET AND FOUNDER OF THE MOORISH SCIENCE
TEMPLE OF AMERICA, TO REDEEM THE PEOPLE
FROM THEIR SINFUL WAYS.



**SULTAN ABDUL AZIZ IBU SUAD**

THE DESCENDANT OF HAGAR, NOW THE HEAD OF THE HOLY
CITY OF MECCA.

3. The Egyptians who were the Hamitites, and of a direct descendant of Mizraim, the Arabians, the seed of Hagar, Japanese and Chinese.

4. The Hindoos of India, the descendants of the ancient Canaanites, Hittites and Moabites from the land of Canaan.

5. The Asiatic nations and countries in North, South and Central America; the Moorish Americans and Mexicans, in North America, Brazilians, Argentinians and Chilians in South America.

6. Columbians, Nicaraguans and the natives of San Salvador in Central America, etc. All of these are Moslems.

7. The Turks are the true descendants of Hagar, who are the chief protectors of the Islamic Creed of Mecca; beginning from Mohammed the First, the founder of the uniting of Islam, by the command of the great universal God — Allah.

## CHAPTER XLVI
### THE BEGINNING OF CHRISTIANITY

1. The foundation of Christianity began in Rome. The Roman nations founded the first Church, of whom crucified Jesus of Nazareth for seeking to redeem His people from under the Roman yoke and law.

2. Jesus himself was of the true blood of the ancient Canaanites and Moabites and the inhabitants of Africa.

3. Seeking to redeem His people in those days from the pressure of the pale skin nations of Europe, Rome crucified Him according to their law.

4. Then Europe had peace for a long time until Mohammed the First came upon the scene and fulfilled the works of Jesus of Nazareth.

5. The holy teaching of Jesus was to the common people, to redeem them from under the great pressure of the hands of the unjust. That the rulers and the rich would not oppress the poor. Also that the lion and the lamb may lay down together and neither would be harmed when morning came.

6. These teachings were not accepted by the rulers, neither by the rich; because they loved the principles of the ten commandments.

7. Through the ten Commandments the rulers and the rich live, while the poor suffer and die.

8. The lamb is the poor people, the lion is the rulers and the rich, and through Love, Truth, Peace, Freedom and Justice all men are one and equal to seek their own destiny; and to worship under their own vine and fig tree. After the principles of the holy and divine laws of their forefathers.

9. All nations of the earth in these modern days are seeking peace, but there is but one true and divine way that peace may be obtained in these days and it is through Love, Truth, Peace, Freedom and Justice being taught universally to all nations, in all lands.

## CHAPTER XLVII

### EGYPT, THE CAPITAL EMPIRE OF THE DOMINION OF AFRICA

1. The inhabitants of Africa are the descendants of the ancient Canaanite from the land of Canaan.

2. Old man Cush and his family are the first inhabitants of Africa who came from the land of Canaan.

3. His father Ham and his family were second. Then came the word Ethiopia, which means the demarcation line of the dominion of Amexem, the first true and divine name of Africa. The dividing of the land between the father and the son.

4. The dominion of Cush, North-East and South-East Africa and North-West and South-West was his father's dominion of Africa.

5. In later years many of their brethren from Asia and the Holy lands joined them.

6. The Moabites from the land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present Moroccan Empire. With their Canaanite, Hittite and Amorite brethren who sojourned from the land of Canaan seeking new homes.

7. Their dominion and inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present North, South and Central America and also Mexico and the Atlantis Islands; before the great earthquake, which caused the great Atlantic Ocean.

8. The River Nile was dredged and made by the ancient Pharaohs of Egypt, in order to trade with the surrounding kingdoms. Also the Niger River was dredged by the great Pharaoh of Egypt in those ancient days for trade, and it extends eastward from the River Nile, westward across the great Atlantic. It was used for trade and transportation.

9. According to all true and divine records of the human race there is no negro, black, or colored race attached to the human family, because all the inhabitants of Africa were and are of the human race, descendants of the ancient Canaanite nation from the holy land of Canaan.

10. What your ancient forefathers were, you are today without doubt or contradiction.

11. There is no one who is able to change man from the descendant nature of his forefathers; unless his power extends beyond the great universal Creator Allah Himself.

12. These holy and divine laws are from the Prophet, Noble Drew Ali, the founder of the uniting of the Moorish Science Temple of America.

13. These laws are to be strictly preserved by the members of all the Temples, of the Moorish Science Temple of America. That they will learn to open their meeting and guide it according to the principles of Love, Truth, Peace, Freedom and Justice.

14 Every subordinate Temple of the Grand-Major Temple is to form under the covenant of Love, Truth, Peace, Freedom and Justice and create their own laws and customs, in conjunction with the laws of the Holy Prophet and the Grand Temple. I, the Prophet, Noble Drew Ali, was sent by the great God, Allah, to warn all Asiatics of America to repent from their sinful ways; before that great and lawful day which is sure to come.

15. The time has come when every nation must worship under its own vine and fig tree, and every tongue must confess his own.

16. Through sin and disobedience every nation has suffered slavery, due to the fact that they honored not the creed and principles of their forefathers.

17. That is why the nationality of the Moors was taken away from them in 1774 and the word negro, black and colored was given to the Asiatics of America who were of Moorish descent, because they honored not the principles of their mother and father, and strayed after the gods of Europe of whom they knew nothing.

# CHAPTER XLVIII
## THE END OF TIME AND THE FULFILLING OF THE PROPHESIES

1. The last Prophet in these days is Noble Drew Ali, who was prepared divinely in due time by Allah to redeem men from their sinful ways; and to warn them of the great wrath which is sure to come upon the earth.

2. John the Baptist was the forerunner of Jesus in those days, to warn and stir up the nation and prepare them to receive the divine creed which was to be taught by Jesus.

3. In these modern days there came a forerunner, who was divinely prepared by the great God-Allah and his name is Marcus Garvey, who did teach and warn the nations of the earth to prepare to meet the coming Prophet; who was to bring the true and divine Creed of Islam, and his name is Noble Drew Ali; who was prepared and sent to this earth by Allah, to teach the old time religion and the everlasting gospel to the sons of men. That every nation shall and must worship under their own vine and fig tree, and return to their own and be one with their Father God-Allah.

4. The Moorish Science Temple of America is a lawfully chartered and incorporated organization. Any subordinate Temple that desires to receive a charter, the prophet has them to issue to every state throughout the United States, etc.

5. That the world may hear and know the truth, that among the descendants of Africa there is still much wisdom to be learned in these days for the redemption of the sons of men under Love, Truth, Peace, Freedom and Justice.

6. We, as a clean and pure nation descended from the inhabitants of Africa, do not desire to amalgamate or marry into the families of the pale skin nations of Europe. Neither serve the gods of their religion, because our forefathers are the true and divine founders of the first religious creed, for the redemption and salvation of mankind on earth.

7. Therefore we are returning the Church and Christianity back to the European Nations, as it was prepared by their forefathers for their earthly salvation.

8. While we, the Moorish Americans are returning to Islam, which was founded by our forefathers for our earthly and divine salvation.

## THE DIVINE INSTRUCTIONS

. The covenant of the great God-Allah: "Honor thy father and thy
her that thy days may be longer upon the earth land, which the
d thy God, Allah hath given thee!"
.0. Come all ye Asiatic of America and hear the truth about your
ionality and birthrights, because you are not negroes. Learn of
r forefathers ancient and divine Creed. That you will learn to love
:ead of hate.
.1. We are trying to uplift fallen humanity. Come and link your-
/es with the families of nations. We honor all the true and divine
phets.



Plaintiff's Exhibit 4
(Constitution and By-Law)

Salvation                    Our God                    Unity



# The Moorish Science Temple
## OF AMERICA
# The Divine Constitution and By-Laws

ACT 1.—The Grand Sheik and the chairman of the Moorish Science Temple of America is in power to make law and enforce laws with the assistance of the Prophet and the Grand Body of the Moorish Science Temple of America. The assistant Grand Sheik is to assist the Grand Sheik in all affairs if he lives according to Love, Truth, Peace, Freedom and Justice, and it is known before the members of the Moorish Science Temple of America.

ACT 2.—All meetings are to be opened and closed promptly according to the circle seven and Love, Truth, Peace, Freedom and Justice. Friday is our Holy Day of rest, because on a Friday the first man was formed in flesh and on a Friday the first man departed out of flesh and ascended unto his father God Allah, for that cause Friday is the Holy Day for all Moslems all over the world.

ACT 3.—Love, Truth, Peace, Freedom and Justice must be preclaimed and practised by all members of the Moorish Science Temple of America. No member is to put in danger or accuse falsely his brother or sister on any occasion at all that may harm his brother or sister, because Allah is Love.

ACT 4.—All members must preserve these Holy and Divine laws, and all members must obey the laws of the government, because by being a Moorish American, you are a part and partial of the government, and must live the life accordingly.

ACT 5.—This organization of the Moorish Science Temple of America is not to cause any confusion or to overthrow the laws and constitution of the said government but to obey hereby.



NOBLE DREW ALI
Founder

ACT 6.—With us all members must preclaim their nationality and we are teaching our people their nationality and their Divine Creed that they may know that they are a part and a partial of this said government, and know that they are not Negroes, Colored Folks, Black People or Ethiopians, because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery, but this is a new era of time now, and all men now must proclaim their free national name to be recognized by the government in which they live and the nations of the earth, this is the reason why Allah the Great God of the universe ordained Noble Drew Ali, the Prophet to redeem his people from their sinful ways. The Moorish Americans are the descendants of the ancient Moabites whom inhabited the North Western and South Western shores of Africa.

ACT 7.—All members must promptly attend their meetings and become a part and a partial of all uplifting acts of the Moorish Science Temple of America. Members must pay their dues and keep in line with all necessities of the Moorish Science Temple of America, then you are entitled to the name of, "Faithful". Husband, you must support your wife and children; wife you must obey your husband and take care of your children and look after the d ties of your household. Sons and daughters must obey father and mother and be industrious and become a part of the uplifting of fallen humanity. All Moorish Americans must keep their hearts and minds pure with love, and their bodies clean with water. This Divine Covenant is from your Holy Prophet Noble Drew Ali, thru the guidance of his Father God Allah.

MOORISH AMERICAN PRAYER
Allah the Father of the universe, the Father of Love, Truth, Peace, Freedom and Justice. Allah is my protector, my guide and my salvation by night and by day thru his Holy Prophet Drew Ali. "Amen."

08 0328
FILED
FEB 2 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# THE MOORISH SCIENCE TEMPLE OF AMERICA
Home Office: Rt. 1 Box 100-B                    Prince George

Plaintiff's Exhibit  5
(Trustor's Oral Statements)



Salvation    Moorish ... erica    Unity

Bro. C. Kirkman Bey, Past S.G.A. & M.    Bro. F. Nelson Bey, Past S.G.A. & M.    Bro. J. Blakely Bey, Past S.G.A. & M.
BRO. R. LOVE EL, G.S/M.S.T. OF A.



*Prophet Noble Drew Ali*

Oral Statements and Prophesies of Prophet Noble Drew Ali,
Founder of M.S.T. of A.

08 0328

# FILED

FEB 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Oral Statements and Prophesies of Prophet Noble Drew Ali, Founder of The Moorish Science Temple Of America.*

Compiled by Bro. R. Love El, Grand Sheik of the M.S.T. of A.

© Copyrighted in 1987.
© Registered in 1988.

1. The Holy Prophet Noble Drew Ali told the Moors, "I brought you everything it takes to save a nation, now take it and save yourself." When He said that, the Prophet was holding up a Holy Koran of the Moorish Science Temple of America and a Questionaire to show us the books we need to save ourselves with.

2. The Holy Prophet told the Moors, "Children, you are at home, and the European is 3,000 miles from home, and he is going to have to take some water. Reported by Bro. O. Payton-Bey, Temple 25, Detroit, Michigan.

3. Bro. I. Cook-Bey and other Moors said The Holy Prophet said, "My good Moors are going to live."

4. The Holy Prophet said, "I am going to stop the European from thinking, and start you (The Moors) to thinking for your own good."

5. Sister A. Brown El of Temple 25 said that the Holy Prophet said, "If you got people in the South, get them out, because that is where destruction is going to start."

6. The Holy Prophet told The Moors, "For the various lynchings and murders that were committed in the South; the South is going to have to pay off, and pay off in blood."

7. Bro. J. Foster-Bey of Temple 4 and 25 said that the Holy Prophet said, "Every word that I speak is spirit, and you Moors had better heed." (That is give it attention, obey).

8. Bro. G. Cook-Bey, G.S. (Emeritous) of Temple 1, Chicago, Ill. said that the Holy Prophet said, "Look around, and where you see people; one day, wild animals will be roaming down the streets."

9. Bro. J. Foster-Bey, Asst. G.S. of Temple 4 and a member of Temple 4 in the 1920's said that the Holy Prophet said, "When the fire comes, I will be the water."

10. Moors that saw and heard the Holy Prophet said that He said, "What is all these people doing here. There is only going to be a handful saved. I can count them on my fingers, and have fingers left over." (The Holy Prophet was letting the Moors know that when the fire comes that will destroy the wicked at the End of Time, there will be so few people left, that he could count them on his fingers, and have fingers left over).

11. Sister M. Payton-Bey of Temple 4 and 25 said that the Holy Prophet Noble Drew Ali said, "I have got airplanes, zeppelins, and apparatus. I am going to take my good Moors up in an apparatus on a incline until its all over with." (When the firery destruction comes at the End of Time, the Prophet is going to take His good Moors up or an incline until the destructions is over with, where they will be safe Then they will be returned to earth to dwell).

12.    Bro. B. Jones El of Temple 43, heard the Holy Prophet, said, "One day, they are going to tear down all the churches and take the bells and melt them down, and make bullets to fight with."

(13)    Bro. J. Blakely-Bey, (Past) S.G.A. and M. said that the Holy Prophet Noble Drew Ali said, "One day, every wheel of Industry Is going to stop, and when they start up again, It will be In the Aslatics favor."

14.    Bro. J. Blakely-Bey, (Past) S.G.A and M. said that the Holy Prophet said, "If the European be Just, they would have an Aslatic Vice-President, and if they had an Aslatic President, they would have a European Vice-President."

15.    Bro. J. Blakely-Bey, (Past) S.G.A and M. said that the Holy Prophet Noble Drew Ali said, "In the year 2,000, the Moors will come Into their own."

16.    Bro. O. Payton-Bey of Temple 4 and 25 said that the Holy Prophet said, "One day your biggest trouble won't be getting with European women, It will be fighting them off."

17.    Sister M. Tiggs El of Temple 9 said that the Holy Prophet said, "When the Europeans go back to Europe, the climate would go back to what It used to be." (the climate in the United States at one time was a tropical climate before the Europeans came here).

18.    Sister M. Tiggs El said that the Holy Prophet told the Moors that before the European came here (to United States), that the bananas were large, and the grapes were four-in-hand (it took two men with hand-sticks to carry one bunch of grapes).

19.    The Holy Prophet told the Moors that when destruction comes, He was going to leave enough fine buildings, so that his good Moors will be able to enjoy them.

20.    Bro. G. Cook-Bey, G.S. (Emeritus) of Temple 1 said that the Holy Prophet said, "One day, women are going to be chasing men like a hound running a rabbit."

21.    Bro. T. Booker-Bey, Grand Natl. Treasurer (Emeritus) said that the Holy Prophet said, "The European will not be able to remove all the wealth from the land. After he goes back to Europe, mountains of gold would be revealed to the Moors."

22.    Bro. B. Jones El of Temple 43 heard the Holy Prophet said, "Children, you are just plain rich."

23.    Bro. J. Blakely-Bey, (Past) S.G.A. and M. said that the Holy Prophet said, "The European Is going to have to pay our people off for the work that they did in slavery, and pay off in compounded Interest."

24.    The Holy Prophet told the Moors that one day you will go .u the
(continued)

2

103. Moors that were in the Temple during the lifetime of the Holy Prophet Noble Drew Ali said that when the Holy Prophet came to town, you would have to go to the temple early to get a seat, and you could not get a seat in the front row, because the foreign Moslems would be sitting in the front row to see and hear the Holy Prophet.

104. The Holy Prophet Noble Drew Ali use to heal people, and people came to him for counsel. Bro. G. Cook-Bey, G.S. (Emeritus) of Temple One said that when he was in Baltimore, Md. the Holy Prophet was healing people. Bro. G. Cook-Bey went to the head of the stairs, and told the people, "The Prophet is tired. He has been healing people all day long. Go home."

105. Sister E. Sims El of Temple 4 and 43 said that she went to the Holy Prophet, because she had been sick. The Holy Prophet listened to her, and said, "Sister, you are going to get well." But that is as much of that meeting that she related, but her husband, Bro. R. Sims El, (Past) G.S. of Temple 4 said that the Holy Prophet said to her also, "Sister, go to the Temple, if you have got to crawl."

106. Sister A. Brown El of Temple 4 and 25 said that the Holy Prophet said in the 1920's, some of my best Moors are still in the church.

107. Bro. O. Payton of Temple 4 and 25 said that the Holy Prophet said, "There are going to be new Moors that are going to come in with their eyes wide open, seeing and knowing, that are going to take you old Moors, seat you in the back, and carry out my law." (He was talking about new members of the Moorish Science Temple of America that would come into the temple with their eyes wide open, seeing and knowing, and who would carry out the Holy Prophet's law).

108. Bro. J. Blakely-Bey, (Past) S.G.A and M. told the Moors that the Holy Prophet told the Moors, "Moslems are not made, they are born."

109. Bro. J. Foster-Bey of Tempel 4 and 25 told the Moors that the Holy Prophet said, "I can throw out a spirit that would make the Moors want to fight, and then throw out another spirit that would bring them back to peace."

110. Bro. T. Booker-Bey, G.N.T. (Emeritus) said at one night's temple meeting, a dirty-Moor chased the Holy Prophet around the temple building with a knife. The Moors just looked at it. After the event, the Holy Prophet told the Moors, "I have got a good mind to leave you."

Bro. T. Booker-Bey said that the Moors got down on their knees, and begged the Prophet to not leave them. After their begging the Holy Prophet not to leave, a man (or an angel) appeared in the room that looked like a Turk, and he said, "If you harm a hair of his head (he was speaking about the Holy Prophet) we will come and destroy you all."

111. Sister A. Brown El of Temple 4 and 25 said that the Holy Prophet
(continued)

told the Moors that the climate was going to change. The cold weather will be in the South, and the warm weather will be in the North.

112. Bro. T. Booker-Bey, G.N.T. (Emeritus) said that the Holy Prophet said, "I like good peas and beans. I am going to save 8% of the Europeans, because they are good farmers." (There is going to be diseases, earthquakes, etc. that are going to be in the United States that will take away 92% of the Europeans).

113. Sister A. Brown El and Bro. C. Barker-Bey, (Past) G.M. said that the Holy Prophet told the Moors, "Don't let none of those foreign Moslems get up in your rostrum." (We are not to allow foreign Moslems to teach or speak to an audience in our temples).

114. Sister M. Tiggs El of Temple 9 said that the Holy Prophet said, "One day, you are going to smell the Europeans before you see them, in boxcars, going back to Europe."

115. The Holy Prophet said, "If you steal my money, its going to burn up in your pocket."

116. Bro. J. Gill-Bey of Temple 4, 25, and the Moorish Home #1 said the Holy Prophet said, "If you have money, and don't give it to me (to help out in the divine and national movement of the M.S.T. of A.), I am going to get it anyway."

117. The Holy Prophet told the Moors that one day, there are going to be so few people, that when you see an old Moor, you will run up to him, and kiss him all on top of his head."

118. The Holy Prophet told the Moors that there will be so few men, that a child will go to the store, and return home, and tell his mother, "Mother, I saw a man."

119. Sister M. Howell El of Temple 19 said that the Holy Prophet pointed his finger, and said, "My sheep know the sound of my voice; a stranger will not follow."

120. Sister M. Howell El of Temple 19 said that the Holy Prophet told the Moors, "I brought you your nationality, your religion, and this to your vast estate. What do you want me to do; kill you?" (The Holy Prophet had done everything for us except kill us).

121. Bro. G. Cook-Bey, G.S. (Emeritus) of Temple One said the Holy Prophet said, "While I am talking to you Moors, my spirit is over in India with them, and those old sisters are jumping this high (They were jumping as high as He was holding his hand), because of my coming to them."

122. Sister M. Howell El said that the Holy Prophet told the Moors, "I am going to burn up sin, both root and branch."

123. Sister M. Howell El said that Bro. C. Kirkman-Bey (Past) S.G.A.

12

(continued)

Plaintiff's Exhibit 6

<u>OUR AUTHORITY</u>



Questionnaire and Additional Laws for

The Moorish Americans

## (BY THE PROPHET NOBLE DREW ALI)

ACT 1.—Grand Shieks, and Governors and heads of all Temples, all Businesses; Each said Temple must be approved by the Prophet Noble Drew Ali. Before acting upon by any members, let it be finance property or any line of life that will cause the members to sacrifice finance, etc., that will cause the support of any group of members. Any former officer that violates these laws is subject to be removed from his office under heavy restriction, etc., by the Prophet or the Grand Shiek.

ACT 2.—All members are to attend their adept meetings and their public meetings promptly. If a member is found standing around on their meeting period, shall be fined 50¢ on the first case, and on the second, he will be fined one dollar ($1.00), which will go on your emergency fund. If member is working his monthly dues must be paid, and if he has money in the bank he must subscribe for as much as he is able, to the Moorish Uplifting Fund, because it takes finance to uplift a Nation.

ACT 3.—It is lawful and devine duty of every good member if he is able in finance, to aid me in saving the nation and if he does not, he is an enemy to the cause of uplifting his own people and Justice must catch you. Let it be he or she according to Love, Truth, Peace, Freedom and Justice as I have the power invested in my hands and I will have to enforce the law in order to save the nation.

ACT 4.—All members while making a public speech must not use any assertion against the American flag or speak radical against the church or any member of any organized group, because we are to teach Love, Truth, Peace, Freedom and Justice.

7

ACT 5.—All members must promptly attend their meetings and send their children to Sunday School, and the teacher must confirm himself to the questionary. And let every member exercise his five senses who is able to do so, because out from your Sunday School comes the guiders of the Nation.

ACT 6.—With us all members must proclaim their nationality and we are teaching our people their nationality and their Divine Creed that they may know that they are a part and partial of this said government, and know that they are not Negroes, Colored Folks, Black People or Ethiopians, because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery, but this is a new era of time now, and all men now must proclaim their free national name to be recognized by the government in which they live and the nations of the earth, this is the reason why Allah the Great God of the universe ordained Noble Drew Ali, the Prophet to redeem his people from their sinful ways. The Moorish Americans are the descendants of the ancient Moabites who inhabited the North Western and South Western shores of Africa.

ACT 7.—All members must promptly attend their meetings and become a part and a partial of all uplifting acts of the Moorish Science Temple. Members must pay their dues and keep in line with all necessities of the Moorish Science Temple, then you are entitled to the name of "Faithful." Husband, you must support your wife and children. Wife, you must obey your husband and take care of your children and look after the duties of your household. Sons and daughters must obey father and mother and be industrious and become part of the uplifting of fallen humanity. All Moorish Americans must keep their hearts and minds pure with love, and their bodies clean with water. This Divine Covenant is from your Holy Prophet Noble Drew Ali, through the guidance of his Father, God Allah.

8

## OUR AUTHORITY

(COPY)
Book 521

PAGE 579
State of Illinois, Cook County  ss
No. 10105905

**Filed For Record**

CORPORATION — Religious — Affidavit of Organization
Form No. 1099.
STATE OF ILLINOIS,
County of COOK
ss

1928 AUG. 1 PM 252
AND RECORDED IN
BOOK............................PAGE

I, NOBLE DREW ALI,...............................Recorder

Salomes Jasconowskie

MOORISH SCIENCE TEMPLE OF AMERICA................held

at................Chicago................in the County of COOK................

and State of Illinois, on the..................20th..................day of

................July................A. D. 1928, for that purpose, the fol-

lowing persons were appointed..................SHIEKS..................

................according to the rules and usages of such

**MOORISH SCIENCE TEMPLE OF AMERICA**
do solemnly swear that at the meeting of the members of the
NOBLE DREW ALI, MEALY EL, SMALL BEY LOVETT
BEY AND FOREMAN BEY. The Moorish Science Temple
of America deriving its power and authority from the Great
Koran of Mohammed to propogate the faith and extend the
learning and truth of the Great Prophet of ALI in America.
To appoint and consecrate missionaries of the prophet and
to establish the faith of Mohammed in America.

And said MOORISH SCIENCE TEMPLE OF AMERI-
CA adopted as its corporate name, the following MOORISH
SCIENCE TEMPLE OF AMERICA................................

And at said meeting, this affiant acted as Presiding
officer Subscribed and Sworn to Before me.

................20th................................day of

................July................................A. D. 1928........

Drew Ali................................

Roberta W. Counull
Notary Public

See Hurd's Rev. Stat., Chap. 32, 36. *Our appointed  *Or Wardens
vestrymen, or whatever name they may adopt

# EXHIBIT 7

## Moorish New Age and New World Message

# IN THE NAME OF ALLAH, THE MOST MERCIFUL, THE COMPASSIONATE

December 8, 2001

From: Frank Lewis El Bey, Trustee and Messenger of Allah

JAN 10   10 27 AM '02

To: America and the World (All People, Nations, Tribes and Tongues)

Subject: Moorish New Age and New World Message from the Lord of the worlds

Peace be upon those who follow the guidance. This message has come to you from your Lord. Believe in Allah and His messenger and bear witness that there is no God but Allah, the One who has no partners, and that Frank Lewis El Bey, the Trustee (appointed by the Prophet Noble Drew Ali) is his servant and messenger.

I invite you to the call of Allah, the Mighty, the sublime. O people of the Book, come to this declaration common between us and you. Whosoever accepts admonition, accepts it for the good of his own soul, for I am the trustee and messenger of Allah to all the people, so that I may warn those that are living and be a clear proof to the nonbelievers.

Fulfilling the works of the illustrious Prophet Noble Drew Ali, I come to speak to all nations bringing them a message of Love, Truth, Peace, Freedom and Justice. So accept Islam, and you will be safe; obey Allah and obey his messenger and make not your deeds vain.

## ∼THIS IS THE UNITING OF ASIA∼

O Mankind! The Apostle
Hath come to you in truth
From God: believe in him:
It is best for you. But if
Ye reject faith, to God
Belong all things in the heaven
And on earth: and God
Is All-knowing, All-Wise.

Come all ye Asiatics of America and hear the truth about
Your nationality and birthright, because you are not Negroes,
Blacks or Colored; learn of your forefathers ancient and
Divine Creed—that you will learn to love instead of hate.

1. In 1928 The Prophet Noble Drew Ali created an express trust in Cook County, Illinois for the economical, political and social redemption and regeneration of the Moors in America, his people all over the world and to uplift fallen humanity; however, it was not to be activated until the year 2000. The land in the said trust was registered under the TORREN

08 0328

**FILED**

FEB 2 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

SYSTEM. The trust was duly created in conjunction with the Statute of Frauds and Perjuries and the Parol Evidence Rule, the legal requirements of the State of Illinois and the Laws and Constitution of the United States, *in accordance with the Preamble of the Declaration of Independence.*

2. There are five documents applied together, or as one, that constitute the trust instrument, they are:

    a. The TORREN SYSTEM Registration
    b. The Deed of Conveyance (contained in the Moorish Holy Koran of The MST of A, pages 57-59).
    c. Divine Constitution and By-Laws of the MST of A
    d. The Edict Noble Drew Ali Ordered September, 1928, to be Published *Announcing his Authority and Power*
    e. The Oral Statements and Prophesies of Prophet Noble Drew Ali

All the essential elements of a duly created and enforceable express trust are found in the above documents.

3. The express trust has been activated by the trustee; he has taken appropriate legal action. Accordingly, trust actions are being adjudicated in the U.S. District Court for the District of Columbia, Civil Action No. 01cv00097 and a number of other cases in the Civil Division of the Superior Court for the District of Columbia. *As these cases are adjudicated, they as one will move to the Congress of the United States and to final resolution.* These cases have clouded all land titles in the District of Columbia, Washington, DC therefore represent the classic confrontation where the old world rulers by divine authority give way to the new world rulers. These actions are facilitating the most profound and far-reaching religious, economical, political and social changes in the world, especially America, since the arrival of the European ("whites") in the Western Hemisphere as settlers.

4. By means of the express trust, the Prophet Noble Drew Ali by divine guidance lawfully conveyed to the Moorish-Americans a large portion of the earth. That *portion of the earth is commonly known as the Western Hemisphere and Africa.* The extent or specific description of the land conveyed to the Moorish-Americans in the actual deed of conveyance is described thus: "…from North-East and South-West Africa, across the great Atlantis even unto the present North, South and Central America and also Mexico and the Atlantis Islands…" See Deed of Conveyance, Moorish Holy Koran, pages 57-59.

5. This land Actually devolved to the Moorish-Americans by virtue of descent; this is a birthright of the Moorish-Americans, their sacred heritage; their ancestors were the original owners of the land. This is a possession of theirs by virtue of who they are—which is why their *nationality (identity) is so important to them.* Accordingly, the Prophet Noble Drew Ali told the Moors, "I brought you your nationality, your religion and title to your vast estate…" See Trust Instrument, Oral

Statements and Prophesies of the Prophet Noble Drew Ali, page 12, Oral Statement 120.

6. How was Noble Drew Ali able to lawfully convey this vast portion of the earth that constitutes many countries to the Moorish-Americans? Because he was a true and divine Prophet sent from God. Is it not the case that to God belongs everything in the heavens and on earth? Examine the following:

In the trust instrument or writings that conveys the land to the Moors, although duly executed pursuant to the laws mentioned in section one above, it specifically states in pertinent part:

"Divinely Prepared By The Noble Prophet

DREW ALI

By the guiding of his father, God, Allah; the great God
Of the universe. To redeem man from his sinful and
Fallen stage of humanity back to the highest plane of
Life with his father God Allah."

7. Accordingly, the Prophet Noble Drew Ali lawfully created an enforceable express trust for the Moorish-Americans in 1928 by the command of God in which he (God) gave the Moors back that portion of the earth known as the Western Hemisphere and Africa (Amexem). Who is able to put back God's decree? There is none that can alter the words and decree of God.

8. Therefore, the apparent rights that the "old world rulers" or Europeans ("whites") had in the land described in the deed of conveyance no longer exist. Because of the activation of the express trust their authority has terminated by operation of law—they only have color of authority, title, right, etc. This according to the laws and Constitution of the United States and the Divine Laws brought by the Prophet by the guiding of his Father, God, Allah, the Great God of the universe. Though it may offend some and bewilder others, by God's decree, "to every people is a term appointed, and when their term is reached not an hour can they cause delay." Therefore, despite their seeming might and vaunted position in the world, the Europeans ("whites") have reached the end of their rule in the Western Hemisphere and Africa. As this divine truth manifest, the "old world rulers" or Europeans ("whites") and all those with them must adjust to this new reality and correspondingly decline in influence, authority and power, until this transformation is complete; it is our and their fateful destiny. This is an irreversible reality from the Lord of the Worlds that the American Government, the American people and the peoples of the world must embrace willingly or unwillingly and God is All Knowing, Wise. These things are conveyed to you by the trustee that the message (truth) reach you. The Moors must come into their own now. Now is the appointed time today is the day.

3

9. The Moorish Science Temple of America, Inc. was founded to be the apparatus to carry-out or administer the express trust, accordingly:

"The Moorish Science Temple of America is a lawfully chartered and incorporated organization. Any subordinate Temple that desires to receive a charter, the Prophet has them to issue to every state throughout the United States, etc.

That the world may hear and know the truth, that among the descendants of Africa there is still much wisdom to be learned in these days for the redemption of the sons of men under Love, Truth, Peace, Freedom and Justice.

We, as a clean and pure nation descended from the inhabitant of Africa, do not desire to amalgamate or marry into the families of the pale skin nations of Europe. Neither serve the gods of their religion, because our forefathers are the true and divine founders of the first religious creed, for the redemption and salvation of mankind on earth.

Therefore, we are returning the Church and Christianity back to the European Nations, as it was prepared by their forefathers for their earthly salvation.

While we, the Moorish Americans are returning to Islam, which was founded by our forefathers for our earthly and divine salvation."

Also, see Acts 4, 5 and 6 of the Divine Constitution and By-Laws of the Moorish Science Temple of America, Inc.

10. This is the "NEW WORLD ORDER." A LAW DECREED or A DECREE ESTABLISHED from your Lord; GOD'S MESSAGE RENEWED IN THIS NEW AGE.

The principles and laws that will guide our lives as Americans of African descent and Moslems in this new age and new world are found in The Holy Koran of the Moorish Science Temple of America and the life, words and works of the Prophet Noble Drew Ali. They are supreme. The last universal revelation to come from God to humanity to unconditionally redeem and regenerate so-called black people everywhere and uplift fallen humanity. For God guides whom he pleases to a way that is straight and He is All Knowing, Wise.

11.                     THE EXPRESS TRUST EXISTENCE:

The Following Components Are The Essential Elements Of The Express Trust.

a. BENEFICIARIES: The Primary Beneficiaries of the express trust are Moorish-Americans, members of the Moorish Science Temple of America as originally constituted; that is, members of the Moorish Science Temple of America, Inc. established in 1928 by the founder Prophet Noble Drew Ali. This movement became

4

dormant in 1929 and was not activated again until May, 2000. Also, see Act 6 of the Divine Constitution and By-Laws of the Moorish Science Temple of America. The Secondary Beneficiary is fallen Humanity.

b.  <u>TRUST PROPERTY</u>: The description of the property that descended to the Moorish-Americans is described in the deed of conveyance in these words:

> "Their dominion and inhabitation extended From North-East and South-West Africa, across the great Atlantis even unto the present North, South and Central America and also Mexico and the Atlantis Island; *before the great earthquake that cause the Great Atlantic Ocean.*

> According to all true and divine records of the human Race there is no negro, black, or colored race attached To the human family, because all the inhabitants of Africa were and are of the human race, descendants of The ancient Canaanite nation from the holy land of Canaan.

> *What your ancient forefathers were, you are today* Without doubt or contradiction.

> There is no one who is able to change man from the Descent nature of his forefathers; unless his power extends Beyond the great universal Creator Allah Himself.

> These holy and divine laws are from the Prophet, Noble Drew Ali, the founder of the uniting of the Moorish Science Temple of America.  These laws are to be strictly preserved *by the members of All the Temples of the Moorish Science Temple of America.*" See Deed of Conveyance, page 58, sections 7-13.

c.  <u>TERMS OF THE EXPRESS TRUST</u>: The terms of the trust fixed or determined the time of its fulfillment by the trustor Noble Drew Ali. Although created in 1928, the express trust was not to be fulfilled until the year 2000. Meaning, notwithstanding the fact, the express trust was created in 1928 and the property had duly vested in the Moorish-Americans through the corporation, their enjoyment was vested in *futurity. That future is now. The Trustor, Prophet Noble Drew Ali* specifically designated the time in the future when he said, "<u>In the year 2000 the Moors will come into their own</u>. See Trust Instrument,

Oral Statements and Prophesies of Prophet Noble Drew Ali, page 2, oral statement 15.

d.  <u>TRUSTEE</u>: Frank Lewis El Bey is trustee of the express trust. He was appointed by the trustor, Prophet Noble Drew Ali. Therefore, he is not self made or made by the people. His appointment is a Divine Appointment.

<u>The Trustee's Powers and Duties</u>: "A trustee has certain powers expressly given to him by the creator of the trust and others given to him by implication of law…. Whether a power expressly given to a trustee to rent real property, for example, is discretionary or imperative is a matter of construction. The intent of the creator will be ascertained from the trust instrument and surrounding circumstances and will then be followed." <u>Modern American Law</u>, Vol. VII, p. 313. Also, see 28 Amer. & Eng. Ency. Of law (2d ed, pp. 981-985.

"One fundamental common-law duty of a trustee is to preserve and maintain trust assets and that encompasses determining exactly what property forms a subject matter of the trust and who are the beneficiaries; trustee is expected to use reasonable diligence to discover the location of the trust property and take control without unnecessary delay…" <u>Central States, Southeast and Southwest Area Pension Fund</u> v. <u>Central Transport, Inc.</u>, 105 S. Ct. 2833, 472 U.S. 559, 86 L. Ed. 477, rehearing denied 106 S. Ct. 17, 473U.S. 926, 87 L. Ed. 696. (1985).

"It is within the power and duty of a trustee who has accepted an active trust to collect, take possession of, and keep in his custody, the trust property and assets, and to hold, manage and apply the same to effect the purposes and objects of the trust…" <u>76 Am Jur 2d</u>, 342, p. 557.

<u>The Authority and Power Vested in Frank Lewis El Bey as Trustee by the Trustor Noble Drew Ali</u>: After creation of the express trust in 1928, the Trustor Noble Drew Ali ordered an Edict to be published announcing his Authority and Power which states in pertinent part:

> "All authority of the Moorish Science Temple of America
> is vested in the Prophet Noble Drew Ali and those he
> appoints to act as in the supreme body."

Therefore, pursuant to his authority as trustee and messenger of Allah, Frank Lewis El Bey seeks immediate, actual physical custody and possession of all trust property. See description of trust property

In the deed of conveyance, page 58, section 7.

## 12. SUCCINCTLY, SOME OF THE EXPRESS TRUST EFFECTS ON AMERICA

The express trust discussed herein profoundly impacts the whole western hemisphere, North, South and Central America including all the Islands. It redistributes the land (wealth) not only in the United States of America, the whole western hemisphere and Africa. The ramifications of which cannot be told in words.

The Europeans ("whites") must now Look to Europe for their salvation; that part of earth given to them, accept whatever accommodations they can acquire from the Moors. This is indeed the end of the Europeans' or so-called whites' rule in the Western Hemisphere, Africa and Asia. "The time has come when every nation must worship under its own vine and fig tree, and every tongue must confess his own." See Deed of Conveyance, page 59, section 15. This is by decree of God. Where God Commands, there is none to put back His Command; and he is swift in calling to account.

Through the trust performance America will become the spiritual center of the world with Islam (submission to God's Will) the law of the land and the most dominant force on earth; Accordingly, this new age Islam has created the present recession (ceding back to a former owner) in America; although not as visible yet, it is simultaneously bringing about the economic, political and social redemption and regeneration of the Moors, African people all over the world and the uplift of fallen humanity. This message (new age Islam) is a confirmation of the revelations that went before it and a fuller explanation of the Book—wherein there is no doubt—from the Lord of the Worlds. It has been revealed to us to be our (the world) new age economic main spring, ruling polity and social arbiter.

> If the People who received
> Earlier revelations confine themselves
> To Partial truths, and in their pride
> Shut their eyes to the whole of the Book
> Of God, their day is done: And whosoever
> Acts hostilely to the messenger after
> Guidance has become manifest to him
> And follow other than the way of the
> Believers, We turn him to that to which
> He (himself) turns and make them enter
> Hell; and it is an evil resort.

7

13.   Concluding, I have spoken and acted as I have been moved to speak and act. The words I speak and works I do are not my own, but him who will I do; and it is meet that I should convey this message to you amid such scenes as these. I give to you (America and all the World) only that which is given to me to give to you from your Lord.

 

8

EXHIBIT 8

Notice To The Public

# THE MOORISH SCIENCE TEMPLE OF AMERICA, ENGLISH

## GRAND – MAJOR TEMPLE
### 2001

THE MOORISH EMPIRE (TRUST ESTATE)
unShaded area



AMEXEM

AMEXEM

TEACHING OUR PEOPLE THEIR NATIONALITY, DIVINE CREED AND BIRTHRIGHTS

Provisional Headquarters:
M.S.T.A. Grand Major Temple
P.O BOX 48612
Washington, DC 20002
Tel No.: (202) 397-1763
Email: tm2002@usa.com
HTTP//mnin.prohosting.com/~mstagm/TP2000/TP.HTML.

---

## BENEFITS OF BECOMING A MEMBER OF THE MOORISH SCIENCE TEMPLE OF AMERICA, THAT OPEN UP ENDLESS OPPORTUNITIES AND POSSIBILITIES:

- Acquisition of unadulterated self-knowledge.

- Being recognized by the Constitutional Government of the United States and the Nations of the earth as free National citizens

- Being a Beneficiary of the express trust that was created by Prophet Noble Drew Ali in which he put our vast estate

- An adherent of your Ancient Forefathers Divine Creed and Principles

- Come all ye Asiatics of America and hear the truth about your nationality and birthrights, because you are not Negroes. Learn of your forefather's ancient and Divine Creed.

- Come and link yourselves with the families of nations. We honor all true and divine Prophets.



---

FILED

FEB 2 6 2008

08 0328

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WHO ARE THE MOORS IN HISTORY?

THE MOORS are the descendant of the Ancient Moabites the aboriginal inhabitants of North, South and Central America—a part of Africa—originally named Amexem.

These same people – THE MOORS invaded Spain in 711 A.D. and ruled Southern Europe for nearly eight centuries. THE MOORISH contributions to European civilization are well documented in history for providing light to enter Europe during the time of the Dark Ages.

THE MOORS were finally thrusted out of Spain in the 17th century but they continued to be a maritime power until the early 20th century.

The first nation in the world to recognize the Continental Government of the United States was the Moorish Empire. They signed the first International Treaty of Peace and Commerce with the newly independent country known as the U.S.A. in 1787.

Plaintiff's Exhibit 9
I. R. S.
NOTICE OF DETERMINATION

Internal Revenue Service
Memphis Appeals Campus
PO Box 622
Stop 863
Memphis, TN  38101-0622

Department of the Treasury

**Person to Contact:**
  Brenda Catron-Matthews
  Employee ID Number: 49-10835
  Tel:  901-786-7462
  Fax:  901-786-7453
  Contact Hours: 7:30 am - 6:00 pm
CST Tuesday – Friday
**Refer Reply to:**
  AP:CO:MEC:BRC
**Taxpayer Identification Number:**
  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
**Tax Type/Form Number:**
  Form 1040, U. S. Individual Income
Tax Return
**In Re:**
  Collection Due Process Hearing
  (Tax Court)
**Tax Period(s) Ended:**
  12/1998 12/1999 12/2000 12/2001
  12/2002

Date: JAN 2 3 2008  /FEB (23)

TANYA BENNETT-BEY
130 JOLIET ST SW UNIT A
WASHINGTON DC  20032-1852

**Certified Mail**        7004 1350 0002 7046 9723

## NOTICE OF DETERMINATION
## CONCERNING COLLECTION ACTION(S) UNDER SECTION 6320 and/or 6330

Dear Ms. Tanya Bennett-Bey:

We have reviewed the collection actions that were taken or proposed for the period(s) shown above.  This letter is your Notice of Determination, as required by law.  A summary of our determination is stated below.  The attached statement shows, in detail, the matters we considered at your Appeals hearing and our conclusions about them.

If you want to dispute this determination in court, you must file a petition with the United States Tax Court within 30 days from the date of this letter.

To obtain a petition form and the rules for filing a petition, write to: Clerk, United States Tax Court, 400 Second Street, NW, Washington, D.C. 20217, or access the Tax Court website at www.ustaxcourt.gov.

In addition to the regular United States Tax Court procedures, the United States Tax Court also has a simplified procedure for an appeal under section 6330(d)(1)(A) of a determination in which the unpaid tax does not exceed $50,000.  You may also obtain information about this simplified procedure by writing to the United States Tax Court or accessing the United States Tax Court website at www.ustaxcourt.gov.

# FILED

FEB 2 6 2008

08  0328

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The time limit (30 days from the date of this letter) for filing your petition is fixed by law. The courts cannot consider your case if you file late. If an appeal is filed in the incorrect court (e.g., United States District Court), you will not be able to refile in the United States Tax Court if the time period for filing a Tax Court petition has expired.

**Before you decide whether to petition this notice of determination, you should know that the Tax Court is empowered to impose monetary sanctions up to $25,000 for instituting or maintaining an action before it primarily for delay or for taking a position that is frivolous or groundless. Pierson v. Commissioner, 115 T.C. No. 39 (2000). It is the view of the Appeals Office that the positions the taxpayer has taken have no merit and are frivolous and groundless.**

If you do not petition the court within the time frame provided by law, your case will be returned to the originating IRS office for action consistent with the determination summarized below and described on the attached page(s). If you have any questions, please contact the person whose name and telephone number are shown above.

## Summary of Determination

The Appeals office has determined that the Notice of Federal Tax Lien met the applicable laws and procedures and therefore was appropriately filed. We could not reach an agreement, extend any relief to you, or even consider any collection alternatives, because after you requested and were offered a Collection Due Process Hearing, you did not fully cooperate with us.

Our determination is not to grant you relief under Internal Revenue Code (IRC) Section 6320 from the filing of the Notice of Federal Tax Lien (NFTL) covering your 1998, 1999, 2000, 2001, and 2002 Form 1040 income tax liabilities. You have not met any conditions for withdrawal of this NFTL. Appeals' believe that the Notice of Federal Tax Lien is appropriate and that it should remain in place until the requirements for issuance of release have been met.

The Notice of Federal Tax Lien is sustained in full. Your case is being returned to the IRS Compliance office for the appropriate action.

A further explanation of the determination is contained in the attachment to this letter.

Sincerely,

*Kaithleen M Bell*

Kathleen M. Bell
Appeals Team Manager

Enclosure(s): Attachment

2

## Attachment - Letter 3193, Notice of Determination
## Liabilities Considered – LIEN (IRC §6320)

| Type of Tax | Tax Period | Date of CDP Notice | Date CDP Request Received; If after 30 days, date CDP Mailed |
|---|---|---|---|
| Income Taxes | 199812 | June 22, 2007 | July 13, 2007 |
| Income Taxes | 199912 | June 22, 2007 | July 13, 2007 |
| Income Taxes | 200012 | June 22, 2007 | July 13, 2007 |
| Income Taxes | 200112 | June 22, 2007 | July 13, 2007 |
| Income Taxes | 200212 | June 22, 2007. | July 13, 2007 |

### Summary

You filed a request for Collection Due Process (CDP) hearing under Internal Revenue Code (IRC) § 6320 following receipt of Letter 3172 Notice of Federal Tax Lien and Your Right to a Hearing. The IRS Compliance office filed the Notice of Federal Tax Lien on June 22, 2007, via Certified Mail, Return Receipt Requested.

Your Form 12153, Request for a Collection Due Process Hearing, was received on July 13, 2007. Therefore, your request was timely as it was made within the 30-day period for requesting a CDP hearing.

Appeals determination is that relief is not granted from the Notice of Federal Tax Lien. You did not qualify for withdrawal of the NFTL as allowed for in IRC § 6323 (j).

### Brief Background

The CDP notice was for unpaid income tax liability for your 1998, 1999, 2000, 2001, and 2002 Forms 1040, U.S. Individual Income Tax Return. A review of the tax transcripts indicate that the tax increases were the result of the Internal Revenue Service filing your Form 1040 income tax returns under the Substitute For Return Filing program since you did not file the returns voluntarily. Your tax liabilities were based on third party information. The 1998, 1999, 2000, and 2001 tax transcripts reflect that the Substitute For Return Examination assessments posted to IRS records on November 8, 2004. The 2002 tax transcript reflects that the Substitute For Return Examination assessment posted to IRS records on December 13, 2004.

After you received the final notice, a Collection Due Process Hearing was requested July 8, 2007 and IRS received on July 13, 2007.

On December 14, 2007, the Appeals office issued a letter offering you a face-to-face, telephonic, or correspondence hearing. The letter scheduled a telephonic hearing date for January 10, 2008 at 1:00 pm Central Standard Time. Regarding the liability you were raising, the letter advised that you were not able to dispute the liability because IRS records reflected you were provided prior opportunity to contest the liability by petitioning the U. S. Tax Court. The letter requested proof of 2003, 2004, 2005, and 2006 Form 1040 filing compliance, your specific proposed collection alternative, and a completed Form 433-A, Collection Information Statement for Individuals, with the required supporting documentation attachments. The letter requested your complete response by January 3, 2008.

On January 2, 2008, you contacted the Settlement Officer to advise that you preferred a correspondence hearing and the information requested had been overnighted by mail.

On January 10, 2008, your correspondence hearing response was received. The response included proof of 2003, 2004, 2005, and 2006 Form 1040 filing compliance. The Form 433-A was enclosed with incomplete supporting documentation. In addition, you did not provide a specific proposed collection alternative for consideration.

Therefore, the Appeals office is issuing determination that the Notice of Federal Tax Lien was appropriately filed based on applicable laws and procedures. The Notice of Federal Tax Lien is sustained in full.

**Discussion and Analysis**

IRC § 6320 requires the Service to:

    a) Verify at the Hearing that the requirements of legal and administrative procedures have been met;
    b) Adequately review specific issues raised by a taxpayer at a Hearing, and;
    c) Balance the needs of the Service to efficiently collect the tax with the taxpayer's expectation that the proposed actions be no more intrusive than necessary.

## Verification of Legal and Procedural Requirements

O  The assessment was made on the applicable Due Process Notice periods per IRC § 6201.

O  The Notice and Demand for payment letter was mailed to your last known address within 60 days of the assessment, as required by IRC § 6303.

O  There was a balance due when the Collection Due Process notice was issued per IRC § 6322. There remains an amount due and owing.

O  IRC § 6330(a) generally provides that no collection by levy may be made unless the Commissioner notifies a taxpayer of the opportunity for an administrative review of the matter (in the form of an Appeals Office Hearing) and, if dissatisfied, with judicial review of the administrative determination. A Final Notice, Notice of Intent to Levy, and Notice of Your Right to a Hearing was sent to you by certified mail.

O  IRC 6321 provides a statutory lien when a taxpayer neglects or refuses to pay a tax liability after notice and demand for payment. Transcripts of the account show that the IRS issued notice and demand for each of the tax periods involved and those periods remain unpaid.

O  IRC § 6320 does, in fact, provide for a Collection Due Process Hearing <u>after</u> a Notice of Federal Tax Lien has been filed. Your notification of this action was handled in accordance with the requirements of the Code and Manual provisions relating to the filing of a Federal Tax Lien.

O  Per review of tax transcripts, the CDP notice (Letter 3172) was sent by certified mail to your last known address, no later than 5 business days after the NFTL was requested (IRC § 6320 ( a)).

O  The Settlement Officer requested and reviewed detailed computer transcripts of each of the years in question and the appropriate computer codes have been posted with the correct date for the tax periods at issue to suspend both levy action and the statutory period of collection to collect these taxes.

O  Per transcript analysis, a CP504 notice, warning of possible filing of a NFTL, was issued for the tax periods subject to a hearing at least 31 days prior to the NFTL filing.

O  The Settlement Officer was provided various documents from the administrative collection files, and reviewed the provided information.

O  It appears that the Service met the requirements of all applicable laws, regulations and administrative procedures during the assessment and collection phases of this investigation.

O  There is no offer-in compromise pending or currently in effect. There is also no pending innocent spouse request. However, there is an installment agreement currently in effect.

O  There is no pending bankruptcy case, nor did you have a pending bankruptcy case at the time the Collection Due Process notice was sent (11 U.S.C 362 (a)(6)).

O  This Appeals employee has had no prior involvement with this taxpayer concerning the applicable tax periods before this CDP case.

**Issues Raised by the Taxpayer**

Review of your correspondence hearing and the Form 12153, Request for a Collection Due Process or Equivalent Hearing, you stated that you are requesting that the Collection Due Process Hearing be held by written correspondence. You advised that you were a member of the Moorish Church. (NOT True)

Specifically, you affirmed "The specific proposed collection is as follows. The Trust was executed on May 10, 2000 and by operation of the law and the terms of the trust I have sovereign Immunity. I am Moorish American, Beneficiary of the Trust. This is a "fee simple" Estate. The term "fee simple" defines the largest estate in land know to the law and necessarily implies absolute dominion over the land….It is an estate of inheritance unlimited in duration, descendible to all the heirs of the owner alike to the remotest generations….it is, with respect to its duration and enjoyment as an interest in property, clear of qualification or condition. It has been defined as an estate of perpetuity, conferring and unlimited power of alienation, than which no person is capable of having a greater interest. Please include a response to these issues submitted in the document mail to you dated July 23, 2007. Specific collection alternative is honor my unalienable rights according to the Trust and the laws of the land. In accordance with the IRS "Declaration of Taxpayer Rights" especially No. 1 (Protection Of Our Rights). "

## Religious or Moral Grounds

Your statements on the Form 12153 and the correspondence hearing indicate that you do not believe you are subject to the United States taxes because you are a member of the Moorish Church. NOT True

The Law states The First Amendment to the United States Constitution provides that "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances." The First Amendment, however, does not provide a right to refuse to pay income taxes on religious or moral grounds, or because taxes are used to fund government programs opposed by the taxpayer. Nor does the First Amendment protect commercial speech or speech that aids or incites taxpayers to unlawfully refuse to pay federal income taxes, including speech that promotes abusive tax avoidance schemes.

## Ministerial Trusts

On the Form12153 and the correspondence hearing, you stated a belief that you were not responsible for the federal tax liability by taking the position that your income belongs to a "corporation sole" (these have also been referred to as "ministerial trusts"), an entity created for the purpose of avoiding taxes. A valid corporation sole is a corporate form that enables religious leaders to hold property and conduct business for the religious entity. Participants in this scheme apply for incorporation under the pretext of being an official of a church or other religious organization. Participants contend that their income is exempt from taxation because the income allegedly belongs to the corporation sole, which is claimed to be a tax exempt organization described in section 501(c)(3).

The Law states a valid corporation sole enables a bona fide religious leader, such as a bishop or other authorized religious official, to incorporate under state law, in his capacity as a religious official. See, e.g., Berry v. Society of Saint Pius X, 69 Cal. App. 4th 354 (1999). A corporation sole may own property and enter into contracts as a natural person, but only for the purposes of the religious entity and not for the individual office holder's personal benefit. A legitimate corporation sole is designed to ensure continuity of ownership of property dedicated to the benefit of a legitimate religious organization. A taxpayer cannot avoid income tax or other financial responsibilities by purporting to be a religious leader and forming a corporation sole for tax avoidance purposes. The claims that such a corporation sole is described in section 501(c)(3) and that assignment of income and transfer of assets to such an entity will exempt an individual from income tax are meritless.

Courts have repeatedly rejected similar arguments as frivolous, imposed penalties for making such arguments, and upheld criminal tax evasion convictions against those making or promoting the use of such arguments.

## Challenges to the Existence or the Amount of Liability

On your statement attached to the Form 12153 and the correspondence hearing you indicated that you have been challenging the existence and/or the amount of the liabilities.

IRS records indicate that the tax increases were the result of Substitute For Return Examination assessments. The IRS issued a Statutory Notices of Deficiency via Certified Mail, Return Receipt Requested to your last known address. The Statutory Notices of Deficiency provided you with the opportunity to dispute the liabilities prior to assessment by petitioning the U. S. Tax Court within 90 days. For the 1998, 1999, 2000, and 2001 Form 1040 tax periods you petitioned the U. S. Tax Court and these tax periods were closed as agreed. However, you failed to do so for the 2002 Form 1040 and this tax period was closed by default.

Since you were provided prior opportunity to the contest the liabilities, you are unable to raise the underlying liability issue within the CDP hearing.

To further contest the 2002 Form 1040 liability issue, you may directly contact the Internal Revenue Service for Audit Reconsideration or refer to the Publication 3598, What You Should Know About the Audit Reconsideration Process, for more information.

## Lien Withdrawal

Although you did not specifically request lien withdrawal, Appeals has considered whether the criteria for allowing withdrawal of the NFTL existed in your case.

IRC section 6323(j) allows the withdrawal of a filed notice of lien without full payment and without prejudice under the following conditions:

a. The filing of the notice was premature or otherwise not in accordance with the Service's administrative procedures;

b. The taxpayer entered into an agreement under Section 6159 to satisfy the tax liability for which the lien was imposed by means of installment payments, unless such agreement provides otherwise,

c. Withdrawal of such notice will facilitate the collection of the tax liability, or

d. With the consent of the taxpayer or the National Taxpayer Advocate (NTA), the withdrawal of such notice would be in the best interest of the taxpayer (as determined by the NTA or the taxpayer) and the United States.

You have not provided any specific information or documents which would indicate that withdrawal of the NFTL would facilitate the collection of the tax liability and there is no indication that withdrawal of the lien would be in the governments' best interest.

## Collection Alternative

On your Form 12153 and the correspondence hearing, you did not indicate a collection alternative.

You requested, and were offered a Collection Due Process Hearing, for which you attended by correspondence. Nevertheless, you did not respond to the letter sent to you requesting your specific proposed collection alternative and a completed Form 433-A, Collection Information Statement, with the required supporting documentation attachments. Because you have not provided a collection alternative or complete financial data to make a determination, other collection alternatives could not be considered.

## Other Issues

You raised no other issues.

## Balancing Efficient Tax Collection With Taxpayer Concern That The Collection Action Be No More Intrusive Than Necessary

Appeals has verified, or received verification, that applicable laws and administrative procedures have been met; has considered the issues raised; and has balanced the proposed collection with the legitimate concern that such action be no more intrusive than necessary by IRC Section 6330(c)(3).

Generally, the Internal Revenue Manual provisions require Service personnel to file a Notice of Federal Tax Lien when the total liabilities pass a certain threshold, which yours did. The decision to file a Notice of Federal Tax Lien is generally the least intrusive method of protecting the government's interest, since it does not involve the actually taking of property through levy or seizure.  Appeals determination is to sustain the lien filing.

In your CDP request you raised frivolous objections to the collection of your liabilities. These objections are without merit and have been repeatedly rejected by the courts. The Settlement Officer provided a correspondence hearing which gave you an opportunity to present non-frivolous arguments, to which you did not present.

Collection alternatives include full payment, installment agreement, offer in compromise, and currently not collectible. Since you did not provide any specific collection alternative or complete financial data necessary to make a determination, the Notice of Federal Tax Lien appears to be the only alternative at this time. Therefore, the Notice of Federal Tax Lien balances the need for efficient collection of taxes with your concern that any collection action be no more intrusive than necessary.

The Notice of Federal Tax Lien is sustained in full. Your case is being returned to IRS Compliance for appropriate actions.

58-328
RWR

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

**I (a) PLAINTIFFS**

Tanya Bennett-BEY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 11001
**(EXCEPT IN U.S. PLAINTIFF CASES)** 11001

**DEFENDANTS** Linda Stiff
Commissioner, I.R.S.
1111 Constitution ave NW
Washington DC 20224

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT 11001
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Tanya Bennett-Bey
130 Joliet St SW
Washington DC 20032

Case: 1:08-cv-00328
Assigned To : Roberts, Richard W.
Assign. Date : 2/26/2008
Description: Pro Se General Civil

JURY ACTION

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government
Plaintiff

□ 3 Federal Question
(U.S. Government Not a Party)

Ⓧ 2 U.S. Government
Defendant

□ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**IV.  CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**□ A. Antitrust**

□ 410 Antitrust

**□ B. Personal Injury/
Malpractice**

□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

**□ C. Administrative Agency
Review**

□ 151 Medicare Act

**Social Security:**
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)

**Other Statutes**
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 890 Other Statutory Actions (If
Administrative Agency is Involved)

**□ D. Temporary Restraining
Order/Preliminary
Injunction**

Any nature of suit from any category may
be selected for this category of case
assignment.

*(If Antitrust, then A governs)*

**□ E. General Civil (Other) OR Ⓧ F. Pro Se General Civil**

**Real Property**
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

**Personal Property**
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

**Bankruptcy**
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

**Immigration**
□ 462 Naturalization Application
□ 463 Habeas Corpus- Alien
Detainee
□ 465 Other Immigration Actions

**Prisoner Petitions**
□ 535 Death Penalty
□ 540 Mandamus & Other
□ 550 Civil Rights
□ 555 Prison Condition

**Property Rights**
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

**Federal Tax Suits**
Ⓧ 870 Taxes (US plaintiff or
defendant)

□ 871 IRS-Third Party 26
USC 7609

**Forfeiture/Penalty**
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of
Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational
Safety/Health
□ 690 Other

**Other Statutes**
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC
Rates/etc.

□ 460 Deportation
□ 470 Racketeer Influenced & Corrupt
Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/
Exchange
□ 875 Customer Challenge 12 USC
3410
□ 900 Appeal of fee determination
under equal access to Justice
□ 950 Constitutionality of State
Statutes
□ 890 Other Statutory Actions (if not
Administrative Agency Review
or Privacy Act)

③

| □ **G. Habeas Corpus/ 2255** | □ **H. Employment Discrimination** | □ **I. FOIA/PRIVACY ACT** | □ **J. Student Loan** |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| □ **K. Labor/ERISA (non-employment)** | □ **L. Other Civil Rights (non-employment)** | □ **M. Contract** | □ **N. Three-Judge Court** |
|---|---|---|---|
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**ⓧ ORIGIN**
ⓧ 1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify)   □ Multi district Litigation   □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

_I Live and work on Trust Property (Fee Simple) I should be exempt for taxes Why is IRS Taxing me_

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS   □ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND** ⊠ YES   □ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   □ YES   ⊠ NO   If yes, please complete related case form.

**DATE**   **SIGNATURE OF ATTORNEY OF RECORD** _Janyce Bennett-Bey_   08.26.08

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd