U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Tanya Bennett-Bey

vs.

Linda Stiff, Commissioner, I.R.S.

No. 1:08-CV-00328 RWR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Relief from the I.R.S. Notice of Determination and Letter of Collection Action(s) Under Section 6320,6330 and any I.R.S. Action or Tax Codes; Exhibits; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:46 pm on March 11, 2008, I served US Attorney at 501 3rd Street, NW, Washington, DC 20001 by serving Lakesha Carroll, Docket Clerk, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    30
HEIGHT-    5'4"
  HAIR-    BLACK
WEIGHT-    135
  RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  3-12-08
             Date

_Wesley Jennings_
WESLEY JENNINGS
1827 18th Street, NW
Washington, DC 20009
Our File#- 203264

**RECEIVED**

MAR 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Tanya Bennett-Bey
130 Joliet St SW
Washington DC 20032
       Plaintiff

V.

Linda Stiff
Commissioner, I.R.S.
1111 Constitution Ave. NW
Wash., DC 20224
       Defendant

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00328
Assigned To : Roberts, Richard W.
Assign. Date : 2/26/2008
Description: Pro Se General Civil

TO: (Name and address of Defendant)

U.S. Attorney
501 3rd Street N.W.
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

Tanya Bennett-Bey
130 Joliet St SW
Washington DC 20032

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          FEB 26 2008
CLERK                             DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Tanya Bennett-Bey

vs.

Linda Stiff, Commissioner, I.R.S.

No. 1:08-CV-00328 RWR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, WESLEY JENNINGS, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Relief from the I.R.S. Notice of Determination and Letter of Collection Action(s) Under Section 6320,6330 and any I.R.S. Action or Tax Codes; Exhibits; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 03-01-1980.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 1:12 pm on March 11, 2008, I served US Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Delvon Whitmire, Mailroom Clerk, authorized to accept. Described herein:

```
   SEX-    MALE
   AGE-    32
HEIGHT-    5'9"
  HAIR-    BLACK
WEIGHT-    160
  RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  3-12-08
            Date

WESLEY JENNINGS
1827 18th Street, NW
Washington, DC 20009
Our File#- 203263

**RECEIVED**

MAR 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Tanya Bennett-Bey
130 Joliet St. S.W.
Washington, DC 20032
    PLAINTIFF

V.

Linda Stiff
Commissioner, I.R.S.
1111 Constitution Ave., N.W.
Washington, DC 20224
    Defendant

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00328
Assigned To : Roberts, Richard W.
Assign. Date : 2/26/2008
Description: Pro Se General Civil

TO: (Name and address of Defendant)

U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S  PRO SE  (name and address)

Tanya Bennett-Bey
130 Joliet St S.W.
Washington, DC 20032

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        FEB 2 6 2008
CLERK                          DATE

(BY) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Tanya Bennett-Bey

vs.

Linda Stiff, Commissioner, I.R.S.

No. 1:08-CV-00328 RWR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

   I, WESLEY JENNINGS, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Relief from the I.R.S. Notice of Determination and Letter of Collection Action(s) Under Section 6320,6330 and any I.R.S. Action or Tax Codes; Exhibits; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

   That my date of birth / age is 03-01-1980.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 2:08 pm on March 11, 2008, I served Linda Stiff, Commissioner, I.R.S. at 1111 Constitution Avenue, NW, Washington, DC 20224 by serving Robin M. Tuczalk, Senior Technical Reviewer, authorized to accept. Described herein:

   SEX-    FEMALE
   AGE-    32
   HEIGHT- 5'8"
   HAIR-   BLACK
   WEIGHT- 145
   RACE-   WHITE

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on   3-12-08
              Date

_____
WESLEY JENNINGS
1827 18th Street, NW
Washington, DC 20009
Our File#- 203262

**RECEIVED**

MAR 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TANYA BENNETT-Bey
130 Joliet St SW
Wash, DC 20032
              Plaintiff

v.

LINDA Stiff
Commissioner, I.R.S.
1111 Constitution Ave NW.
Wash, DC 20224

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00328
Assigned To : Roberts, Richard W.
Assign. Date : 2/26/2008
CASI   Description: Pro Se General Civil

TO: (Name and address of Defendant)

LINDA Stiff
Commissioner, I.R.S.
1111 Constitution Ave N.W.
DC, 20224

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~~~~~~ PRO SE (name and address)

Tanya Bennett-Bey
130 Joliet St. S.W.
Washington, DC 20032

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              FEB 26 2008
CLERK                                                DATE

(By) DEPUTY CLERK