IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TANYA BENNET-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:08-cv-00328-RWR |
| | ) | |
| LINDA STIFF, | ) | |
| Commissioner, Internal Revenue Service, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO EXTEND TIME IN WHICH TO FILE
AN ANSWER OR DISPOSITIVE MOTION

DEFENDANT, pursuant to Fed. R. Civ. P. 6(b)(1), moves the Court to extend the

time for filing an answer or dispositive motion until May 19, 2008.  A memorandum in

support of this motion and proposed order accompany this motion.


DATE: May 9, 2008.

Respectfully submitted,

/s/ Duston K. Barton
DUSTON K. BARTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Phone: (202)514-9961
Email: Duston.Barton@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing MOTION TO EXTEND TIME and accompanying MEMORANDUM and proposed ORDER were served upon the following on May 9, 2008, in accordance with the Court's ECF Procedures, and by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> Tanya Bennett-Bey
> 130 Joilet Street, SW
> Washington, DC 20032

> /s/ Duston K. Barton
> DUSTON K. BARTON

3271020.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

TANYA BENNET-BEY,                          )
                                           )
              Plaintiff,                   )
                                           )
       v.                                  )    No. 1:08-cv-00328-RWR
                                           )
LINDA STIFF,                               )
Commissioner, Internal Revenue Service,    )
                                           )
              Defendant.                   )

MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION
TO EXTEND TIME IN WHICH TO FILE AN ANSWER OR DISPOSITIVE MOTION

       This is a civil action in which plaintiff seeks a refund of collected taxes and an

injunction preventing the Internal Revenue Service from "unlawfully conducting

business" on a trust of which she is a beneficiary.

STATEMENT & DISCUSSION

       1. <u>Introduction.</u>  Plaintiff commenced this action by filing a complaint on

February 26, 2008. (PACER # 1.)   Linda Stiff, the United States Attorney General, and

the United States Attorney's Office were served on March 12, 2008.  (PACER 3.)  An

answer is due by May 12, 2008. (PACER # 6.)

       2. <u>Relief requested.</u>  Linda Stiff, (the "Commissioner") requests an additional

week to answer plaintiff's complaint or to file a dispositive motion.

       3. <u>The Court has discretion to grant this motion.</u>  Pursuant to Fed. R. Civ. P.

6(b)(1), the Court for cause shown, may enlarge the time for filing answers and

dispositive motions, among other things. *See Poe v. Christina Copper Mines, Inc.*, 15

F.R.D. 85, 87-88 (D. Del. 1953)  As Professor Moore has commented:

> Ordinarily, of course, the court should be liberal in granting extensions of
> time before the period to act has elapsed, so long as the moving party has
> not been guilty of negligence or bad faith and the privilege of extensions is
> not abused.

3271108.1

2 Moore, *Federal Practice*, § 6108 at 6-83; *Motzinger v. Flynt*, 119 F.R.D. 373, 375 (M.D.N.C. 1988); *Baden v. Craig-Hallum, Inc.*, 115 F.R.D. 582, 585 (D. Minn. 1987).  The defendant requests an extension to enable counsel to receive additional information from the Internal Revenue Service including an authorization for defense and also to prepare a motion to dismiss.  The Commissioner has not been guilty of negligence or bad faith, nor has she abused the privilege of extensions.

4.  Compliance with LCvR 7(m).  It is certified that on May 8, 2008, counsel for the Commissioner attempted to contact plaintiff by telephone in order to obtain consent to the relief sought in this motion.  As of the time of filing, plaintiff has not returned counsel's call consenting to the relief.

CONCLUSION

Based on the foregoing, the Court should grant the Commissioner's motion for an extension of time in which to file an answer or dispositive  motion.


DATE: May 9, 2008.

Respectfully submitted,

/s/ Duston K. Barton
DUSTON K. BARTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Phone: (202)514-9961
Email: Duston.Barton@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

TANYA BENNET-BEY,                    )
                                     )
            Plaintiff,               )
                                     )
    v.                               )    No. 1:08-cv-00328-RWR
                                     )
LINDA STIFF,                         )
Commissioner, Internal Revenue Service,  )
                                     )
            Defendant.               )

## ORDER

Upon consideration of the defendant's motion to extend time in which to file an

answer or dispositive motion, the Court finds that good cause exists to grant the motion

and hereby:

ORDERS that the defendant's motion to extend time in which to file an answer or

dispositive motion is and be GRANTED; and

ORDERS that an answer or dispositive motion be filed by May 19, 2008.


DATE: _____


                                    _____
                                    UNITED STATES DISTRICT JUDGE


3271105.1