UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Tanya Bennett-Bey, Pro-se<br>130 Joliet Street, S.W.<br>Washington, D.C. 20032<br>202-562-3963<br><br>    Plaintiff<br><br>v.<br><br>Linda Stiff<br>Commissioner, I. R. S.<br>1111 Constitution Avenue N.W.<br>Washington, D.C. 20224<br>202-622-2000<br><br><br>    Defendant | No. 1:08-cv-00328-RWR |

## MOTION TO GRANT THE EXTENSION OF TIME

The motion that you mailed was received on May 12th 2008 and I don't have a phone number listed in my name. I called the Justice Department on 5/13/08 leaving a message of no oppositon to the motion mailed and left my parents phone number with Duston K Barton.

I Tanya Bennett-Bey have no opposition to the motion for the extension of time for The defendant.

Respectfully submitted,

*Tanya Bennett-Bey*
Tanya Bennett-Bey, Pro Se  May 14th, 2008
130 Joliet St, N.W.
Washington, D.C. 20032

RECEIVED
MAY 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATE OF SERVICE**

I, Tanya Bennett-Bey, Hereby Certify that on this 14th day of May 2008 a copy of the foregoing Motion not opposing defendant's motion for a extension of time was mailed first-class, postage pre-paid to Defendant's Linda Stiff, Commissioner Internal Revenue Service 1111 Constitution Avenue N.W. Washington, 20224 and Duston K. Barton U.S. Attorney General office 950 Pennsylvania Avenue N.W. Washsington, D.C. 20530

                                                Tanya Bennett-Bey, Pro Se
                                                130 Joilet St., S.W.
                                                Washsington, D.C. 20032