UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Tanya Bennett-Bey, Pro-se )<br>130 Joliet Street, S.W. )<br>Washington, D.C. 20032 )<br>202-562-3963 )<br>     )<br>    Plaintiff )<br>     )<br>  v.  ) No. 1:08-cv-00328-RWR<br>     )<br>Linda Stiff )<br>Commissioner, I. R. S. )<br>1111 Constitution Avenue N.W. )<br>Washington, D.C. 20224 )<br>202-622-2000 )<br>     )<br>    Defendant )<br>_____) | |

<u>Motion Of Opposition To Dimiss Complaint</u>

The defendant stated that there is no statement of jurisdiction, but in my original complaint under the <u>Title Nature Of Actions</u> I typed a short and plain statement of the grounds upon which the court's jurisdiction depends, unless the court already has jurisdiction and the claim needs no new grounds of jurisdiction to support it. United States District Court exercise general and original jurisdiction.

I've written to the I.R.S over a period of years informing them of my status as a Moorish American Citizen and a beneficiary of the express Trust created by the Trustor Noble Drew Ali. The defendant claims of my requesting a refund is taken out of context because of the operation of law the I.R.S. had no right to remove funds from my salary.

The defendant states that I've failed to state a claim upon which relief can be granted is untrue. In the original complaint the defendant mis – read the documents not giving them full faith and

RECEIVED
MAY 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

credit also the defendant ignored my constitutional provisions provided by the law. The bases for my claim is in the complaint so therefore I request that the defendant re- read the complaint. These are issues for a jury to decide. Based on the above information I'm requesting that the defendants motion to dismiss not be granted.

Respectfully submitted,

Tanya Bennett-Bey, Pro Se May 22th, 2008
130 Joliet St, N.W.
Washington, D.C. 20032

## CERTIFICATE OF SERVICE

I, Tanya Bennett-Bey, Hereby Certify that on this 22th day of May 2008 a copy of the foregoing Motion opposing defendant's motion to dimiss with prejudice was mailed first-class, postage pre-paid to Defendant's Linda Stiff, Commissioner Internal Revenue Service 1111 Constitution Avenue N.W. Washington DC, 20224 and Duston K. Barton U.S. Attorney General office 950 Pennsylvania Avenue N.W. Washington, D.C. 20530

Tanya Bennett-Bey, Pro Se
130 Joilet St., S.W.
Washington, D.C. 20032

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Tanya Bennett-Bey, Pro-se )<br>130 Joliet Street, S.W. )<br>Washington, D.C. 20032 )<br>202-562-3963 )<br>       )<br>   Plaintiff )<br>       )<br>  v.   )<br>       )<br>Linda Stiff )<br>Commissioner, I. R. S. )<br>1111 Constitution Avenue N.W. )<br>Washington, D.C. 20224 )<br>202-622-2000 )<br>       )<br>   Defendant ) | No. 1:08-cv-00328-RWR |

## ORDER

Having reviewed the plaintiff's motion opposing the defendant's motion to dimiss with prejudice. I request that the defendant's motion be denied.

Orders that the defendants' motion to dimiss is denied.

_____
Judge Richard W. Roberts
U.S. District Court Judge